IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

MAGED ABDELMALIK and
HANAN AWADALLA, :
    Plaintiffs : Civil Action No. 1:17-CV-00175-YK
 :
v. : (Judge Kane)
 :
UNITED STATES SMALL BUSINESS :
ADMINISTRATION, :
    Defendant

# ORDER

**AND NOW**, on this 26th day of March 2018, for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiffs Maged Abdelmalik and Hanan Awadalla's motion for summary judgment (Doc. No. 9), is **DENIED**;

2. Defendant United States Small Business Administration's motion for summary judgment (Doc. No. 12), is **GRANTED**; and

3. The Clerk of Court is directed to enter judgment in favor of Defendant and against Plaintiffs and to **CLOSE** this case.

                                                   s/Yvette Kane
                                                 Yvette Kane, Chief Judge
                                                 United States District Court
                                                 Middle District of Pennsylvania